UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS GESUALDI and FRANK FINKEL
As Trustees of Local 282 International           Index No.: 09-CV-1067 (FB)(RER)
Brotherhood of Teamsters Welfare, Pension,
Annuity, Job Training and Vacation Sick Leave
Trust Funds,

                          Plaintiffs,           **VOLUNTARY WITHDRAWAL**

    -against-

FCR CONSTRUCTION SERVICES LLC,

                          Defendant.
-----------------------------------------------------------------X

        The undersigned, as attorney of record for plaintiffs herein, hereby voluntarily withdraws the above-entitled action as to FCR Construction Services LLC without prejudice solely as to the claims set forth in the complaint for period of July 2008 and for the periods of October 2008 through December 2008, inclusive, as all remittance reports and/or payments, including interest payments, attorneys fees and costs, have been submitted. This above-entitled action is hereby voluntarily withdrawn without waiver of or prejudice to the rights of the Trustees of Local 282 I.B. of T. pertaining to the posting of a surety bond or alternate security and to audit the books and records of defendant for all periods, including the periods set forth in the complaint, and to collect any additional contributions, interest, liquidated damages, audit fees, attorneys' fees and costs found to be due and owing for said periods as a result of the audit.

Dated: New York, New York
      ~~April~~ , 2009
      MAY 13

                                             AVRAM H. SCHREIBER
                                             Attorney for Plaintiffs
                                             40 Exchange Place, Ste. 1300
                                             New York, New York 10005
                                             212-425-7670
                                             (AS-2860)

SO ORDERED:

_____
FREDERIC BLOCK – U.S.D.J.